**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

**CLAIRE FITZGERALD,**

                    **Plaintiff,**

**v.**

**JAMES R. BAUGHER, et al.,**

                    **Defendants.**

**Case No. 26-2449-DDC-GEB**

<u>**MEMORANDUM AND ORDER**</u>

Pro se[1] plaintiff Claire Fitzgerald has filed a perfunctory Complaint.  The entirety of the Complaint reads:  "Defendants do not honor gay rights, while this Court must instruct them. Punitive damage is sought."  Doc. 1.  The court lacks jurisdiction over this "patently insubstantial complaint[.]"  *Neitzke v. Williams*, 490 U.S. 319, 327 n.6 (1989).  Plaintiff's passing reference to gay rights, unadorned with any factual allegation, is the sort of "wholly insubstantial" and "obviously frivolous" claim that can't suffice to invoke federal-court jurisdiction.  *Hagans v. Lavine*, 415 U.S. 528, 537 (1974) (quotation cleaned up).  The court thus dismisses the Complaint.  *See Arbaugh v. Y&H Corp.*, 546 U.S. 500, 514 (2006) ("[W]hen a federal court concludes that it lacks subject-matter jurisdiction, the court must dismiss the complaint in its entirety.").

Hesitant to dismiss this action prematurely, the court will permit plaintiff to file an amended complaint within 14 days of this Order.  *See Shapiro v. Campanelli*, 2026 WL

---

[1]     Because plaintiff represents herself, the court construes her filings liberally but won't serve as her advocate.  *See Adams v. Fed. Aviation Admin.*, 168 F.4th 1271, 1275 n.1 (10th Cir. 2026).

1970556, at *1 (10th Cir. July 8, 2026) (reversing dismissal under 28 U.S.C. § 1915(e) for failing to explain why amendment couldn't cure complaint's deficiencies).  Any amended pleading must contain sufficient factual allegations for the court to exercise subject matter jurisdiction over plaintiff's claims.  The court further directs plaintiff to comply with Fed. R. Civ. P. 8—*i.e.*, any complaint must contain:  (1) specific factual allegations showing that plaintiff "is entitled to relief" and (2) "a short and plain statement of the ground for the court's jurisdiction[.]"  Fed. R. Civ. P. 8(a)(1), (2).  If plaintiff fails to submit an amended complaint or fails to comply with this Order's directives, the court summarily will dismiss this case without prejudice.  *See Brereton v. Bountiful City Corp.*, 434 F.3d 1213, 1216 (10th Cir. 2006) ("A longstanding line of cases from this circuit holds that where the district court dismisses an action for lack of jurisdiction, . . . the dismissal must be without prejudice.").

**IT IS THEREFORE ORDERED BY THE COURT THAT** plaintiff Claire Fitzgerald's Complaint (Doc. 1) is dismissed

**IT IS FURTHER ORDERED THAT** plaintiff must file an amended complaint within 14 days of this Order that complies with this Order's directives.  If plaintiff fails to do so, the court will dismiss this case without prejudice.

**IT IS SO ORDERED.**

**Dated this 7th day of August, 2026, at Kansas City, Kansas.**

**s/ Daniel D. Crabtree**
**Daniel D. Crabtree**
**United States District Judge**

2